UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RYAN HAYGOOD, ET AL.                    CIVIL ACTION NO. 13-0335

VERSUS                                  JUDGE S. MAURICE HICKS, JR.

BRIAN BEGUE, ET AL.                     MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Before the Court is a Motion to Dismiss Complaint of Intervention for Declaratory Judgment filed by Fortress Insurance Company against Robert K. Hill and Hill, D.D.S., Inc. (Record Document 152). The Motion to Dismiss was filed by the former Hill defendants, who argue that dismissal of Fortress Insurance Company's Complaint of Intervention is appropriate because, *inter alia*, both Robert K. Hill and Hill, D.D.S., Inc. have been dismissed from this lawsuit. See id.

Fortress Insurance Company opposed the Motion to Dismiss and maintains that the intervention should not be dismissed because the original plaintiffs have appealed the dismissal of their claims against the Hill defendants. See Record Document 158. Fortress Insurance Company concedes that if the Fifth Circuit affirms the dismissal of the Hill defendants, then it will voluntarily dismiss its complaint of intervention as to the Hill defendants. See id. at 3. Alternatively, Fortress Insurance Company requests a stay of the intervention pending the outcome of the appeal. See id. at 4, 6.[1]

The Court hereby **GRANTS** the Motion to Dismiss Complaint of Intervention (Record Document 152), as there is no longer a case or controversy. The Complaint of Intervention

---

[1] On June 24, 2014, the United States Court of Appeals for the Fifth Circuit dismissed the appeal filed by Plaintiff. See Record Document 163. The Fifth Circuit held that the notice of appeal filed before all claims and all parties were disposed of was premature. See id. Thus, the Fifth Circuit was without jurisdiction. See id.

for Declaratory Judgment sought a determination under state law of whether there is coverage for the Hill defendants under the Fortress Insurance Company policy. Such issue is now **MOOT**, as the Hill defendants are no longer parties to the instant action. If the Fifth Circuit were to reverse the dismissal of the Hill defendants, then this Court will take the appropriate steps to address the coverage issues raised by Fortress Insurance Company in the Complaint of Intervention for Declaratory Judgment.[2]

    **IT IS SO ORDERED.**

    **THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 24th day of September, 2015.

_____<br>
S. MAURICE HICKS, JR.<br>
UNITED STATES DISTRICT JUDGE

---

[2] The Complaint in Intervention for Declaratory Judgment names multiple defendants. See Record Document 93. The instant dismissal applies only to Fortress Insurance Company's Complaint in Intervention for Declaratory Judgment against the Hill defendants.