UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RYAN HAYGOOD, ET AL                              CIVIL ACTION NO. 13-cv-0335

VERSUS                                                              JUDGE HICKS

BRIAN BEGUE, ET AL                                MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Judge Hicks recently issued rulings on a number of dispositive motions that dismissed several claims. A status conference will be held **April 6, 2016** at **11:00 a.m.** to discuss scheduling with respect to the remaining claims. By making prior arrangements with the court, out-of-town counsel may appear by telephone. The use of cell phones is prohibited.

Counsel are directed to file a joint status report seven (7) days before the conference that sets forth a brief description of the remaining claims.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 23rd day of March, 2016.

Mark L. Hornsby
U.S. Magistrate Judge