**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

RYAN HAYGOOD, ET AL.                    CIVIL ACTION NO. 13-0335

VERSUS                                   JUDGE S. MAURICE HICKS, JR.

BRIAN BEGUE, ET AL.                      MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

On January 28, 2022, this Court granted in part the Motions for Reconsideration of and/or to Alter or Amend the Memorandum Rulings and Orders Awarding Attorney Fees to Defendants (Record Documents 326, 327, & 328).  See Record Document 342. The Court was persuaded by Plaintiffs' contention that an award of attorney fees was premature because the merits of their appeal had not yet been ruled on by the Fifth Circuit.  See id.  The Court granted the motions "only to the extent that the orders awarding attorney fees [were] stayed and otherwise held in abeyance until such time as the Fifth Circuit issues its opinion in Haygood II."  Id. at 3.

The Fifth Circuit issued its opinion in Haygood II on March 2, 2023.  See Record Document 343.  The mandate was issued on March 24, 2023.  See id.  The Fifth Circuit held:

> [W]e AFFIRM the district court's orders on Haygood's Rule 60(b) motion and on Haygood's motion for an extension of time to file a notice of appeal, and we DISMISS for lack of jurisdiction the remainder of Haygood's appeal.

Id. at 15.

Accordingly, this Court's previous order (Record Document 342) staying the orders awarding attorney fees (Record Documents 320-325) and otherwise holding such orders

in abeyance is now **VACATED**.[1]  Such orders (Record Documents 320-325) are no longer stayed or held in abeyance.

   **IT IS SO ORDERED.**

   **THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 29th day of March, 2023.

            _____
             United States District Judge

---

[1] The total amount of attorney fees awarded in August 2021 was $270,661.80.  <u>See</u> Record Document 342 at 1, citing Record Documents 320-325.